UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL L. SELF, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:00CV1903 TIA |
| ) | |
| EQUILON ENTERPRISES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Emergency Motion to Enforce the Court's July 20, 2007, Order (Docket No. 548) and Emergency Cross-Motion to Compel (Docket No. 554), and Motion for Protective Order by Miscellaneous Non-Party BP Products North America, Inc. (Docket No. 539).

After reviewing the parties' pleadings and the record before the Court and considering the arguments presented at the October 12, 2007, hearing, the Court orders as follows:

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion to Enforce the Court's July 20, 2007, Order (Docket No. 548) is Denied Without Prejudice subject to Defendants producing the additional responsive documents for 1999.

**IT IS FURTHER ORDERED** that the Motion for Protective Order by Miscellaneous Non-Party BP Products North America, Inc. (Docket No. 539) is Granted. The undersigned finds the relevancy of the requested information and the timing of the request to be dubious, the non-party and competitor status of BP to be significant, the burden and the expense of production to be overwhelming, the proposed delay due to analyzing the credit card data unjustified, and the highly

confidential nature of the credit and debit card transactional data to preclude the production.

**IT IS FURTHER ORDERED** that Plaintiffs' Emergency Cross-Motion to Compel (Docket No. 554) is Denied as Moot.

Dated this  12th   day of October, 2007

                                                   /s/Terry I. Adelman
                                       UNITED STATES MAGISTRATE JUDGE