UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL L. SELF, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:00CV1903 TIA |
| ) | |
| EQUILON ENTERPRISES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendants' Motion for Protective Order (Docket No. 541).

After reviewing the parties' pleadings and the record before the Court and considering the arguments presented at the October 26, 2007, hearing, the Court orders as follows:

**IT IS HEREBY ORDERED** that Defendants' Motion for Protective Order (Docket No. 541) is Denied as Moot as to Topic Nos. 1, 5, and 6, Granted as to Topic No. 7, and Denied as to Topic Nos. 2, 3,[1] 4, and 8. Defendants shall respond and file any objections to Plaintiffs' 30(b)(5) Document Requests and designate Rule 30(b)(6) deponents no later than November 5, 2007, and make the deponents available for deposition no later than November 12, 2007.

Dated this  26th  day of October, 2007

                                                /s/Terry I. Adelman
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will restrict the testimony and documents in response to Request No. 3 to the St. Louis market.